NATIONAL ORGANIZATION FOR
WOMEN, et al., Plaintiffs,

v.

OPERATION RESCUE,
et al., Defendants.

Civ. A. No. 89–2968–LFO.

United States District Court,
District of Columbia.

April 8, 1993.

*ORDER*

OBERDORFER, District Judge.

The Court having considered the Motion to Relieve Defendant Patrick Mahoney of the Order Entered by the Court on March 15, 1993, 816 F.Supp. 729, and having heard no opposition from plaintiffs, it is this 6th day of April, 1993, hereby

ORDERED, that paragraph e. (at page 737) of the Court's March 16, 1993, Order, relating solely to defendant Patrick Mahoney, is hereby vacated.